UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>LILY TAM WONG,<br><br>  Defendant. | Case No. 19-cv-00432-TSH<br><br>**ORDER RE: NOTICE OF SETTLEMENT** |

The Court has been informed that the above-entitled action has settled. ECF No. 16. Accordingly, the Court **VACATES** all pending deadlines. The parties shall file a dismissal or joint status report by November 6, 2019. No chambers copy is required.

**IT IS SO ORDERED.**

Dated: September 5, 2019

THOMAS S. HIXSON
United States Magistrate Judge